# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

CASE/CITATION NO. _3: 11-Cr-0019 CmK_

_JEREMY A. McKEOWN_  **ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
CITY          STATE          ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: _10-17-11_        X _____
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

X Fine: $ _1,175 00_ and a penalty assessment of $ _25 00_ for a TOTAL AMOUNT OF: $ _1,200 00_ within _____ days/months; or payments of $ _75 00_ per month, commencing _12-1-11_ and due on the _first_ of each month until paid in full.

( ) Restitution: _____

( )    Community Service _____ with fees not to exceed $ _____
       completed by _____

_3 years court probation. Probation to terminate upon payment._
**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

~~USDC~~                        ~~CLERK, USDC~~              **CLERK, USDC**
~~CENTRAL VIOLATIONS BUREAU (SA)~~  ~~1130 O STREET, RM 5000~~   **501 "I" STREET**
~~POST OFFICE BOX: 740026~~      ~~FRESNO, CA 93721~~         **SACRAMENTO, CA 95814-2322**
~~ATLANTA, GA: 30374-0026~~

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _10-17-11_        _____
U.S. MAGISTRATE JUDGE

Clerk's Office


PRINTED ON RECYCLED PAPER